# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00255-CV

**Gladiator Energy Services, LLC and Murray Acuff, Appellants**

**v.**

**Stuart Petroleum Testers, Inc., Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT
### NO. C2014-0337A, HONORABLE DON R. BURGESS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

We deny appellee's motion for a temporary injunction.

It is ordered May 15, 2014.

Before Chief Justice Jones, Justices Pemberton and Rose